**JS-6**

1  Stuart L. Carroll, Esq. (State Bar #163980)
2  **LAW OFFICES OF STUART L. CARROLL**
3  400 Continental Blvd., Suite 600
   El Segundo, CA 90245
4  Telephone: (310) 615-1935
5  Email: carrollaw@aol.com

7  Attorney for Plaintiff JAMES T. OBER

8                   UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES T. OBER, | **Case No.: CV-10-02222-PSG (FMOx)** |
| Plaintiff, | The Hon. Judge Philip S. Gutierrez |
| vs. | **[PROPOSED]** ORDER FOR DISMISSAL WITH PREJUDICE |
| JOSHUA RIGSBY, an individual; SOUTHWEST 4-WHEEL DRIVE AND PERFORMANCE, a business entity of unknown form; RIGSBY RACING, INC., a New Mexico corporation; and DOES 1 through 10, | [Fed R. Civ. Proc. 41(a)(1)] |
| Defendants. | |

26  //
27  //

[PROPOSED] ORDER FOR DISMISSAL
WITH PREJUDICE

1  This Court having considered the parties' joint stipulation to the dismissal of the
2 above entitled action, with prejudice, each party to bear its own costs, including possible
3 attorneys' fees or other expenses of this litigation, it is hereby
4  ORDERED that this matter is dismissed, with prejudice, in its entirety.
5
6 So Ordered.
7
8
9 March 16, 2011  **PHILIP S. GUTIERREZ**
10 Date  Hon. Philip S. Gutierrez
11  United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28